___FILED___LODGED

___RECEIVED___COPY

2009 AUG 26 i P 5: 09

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**JOHN J. TUCHI**
United States Attorney
District of Arizona
**ERIC MARKOVICH**
Assistant United States Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | **CR09-1874 TUC** FRZI JCG |
| Plaintiff, ) | **INDICTMENT** |
| ) | Violations: |
| v. ) | |
| ) | 18 U.S.C. § 371 |
| ) | 18 U.S.C. § 1344 |
| ) | 18 U.S.C. § 513 |
| ) | 18 U.S.C. § 922(a)(6) |
| Frank Joseph Wood, IV, ) | 18 U.S.C. § 924(a)(2) |
| ) | 18 U.S.C. § 924(d) |
| ) | 28 U.S.C. § 2461(c) |
| Defendant. ) | |
| ) | (Conspiracy to Commit Offenses Against |
| ) | the United States; Bank Fraud; Making |
| ) | and Possessing Counterfeit Securities; |
| ) | False Statement During Purchase of a |
| ) | Firearm; Forfeiture ) |

THE GRAND JURY CHARGES:

### COUNT 1

1. Beginning on an unknown date and continuing until on or about April 30, 2008, at or near Tucson, in the District of Arizona, FRANK JOSEPH WOOD, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the grand jury, to commit offenses against the United States, that is, Making and Possessing Counterfeit Securties and Bank Fraud, in violation of Title 18, United States Code, Sections 513 and 1344.

## OBJECT AND MEANS

2. It was an object of the conspiracy that one or more the co-conspirators would make and possess a counterfeited security of an organization, with the intent to deceive another person and organization; and

3. It was a further object of the conspiracy that one or more of the co-conspirators would knowingly devise a scheme or artifice to defraud a financial institution, and obtain money, funds, credits, assets, securities and other property owned by, and under the custody or control of, a financial institution by means of false and fraudulent pretenses, representations and promises.

## OVERT ACTS

4. In furtherance of the conspiracy, one or more of the co-conspirators committed overt acts including, but not limited to, those acts described in Counts 2 through 18 of this Indictment.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

That on or about April 17, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 1076, dated April 17, 2008, drawn on the Commercial Federal Bank account of Christopher and Melissa Higgins, in the amount of $750.00, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

## COUNT 3

That on or about April 18, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 23034, dated April 18, 2008, drawn on the Bank of America account of Pepper Tree Food & Beverage, in the amount of $575.88, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

## COUNT 4

That on or about April 18, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV, did make and possess a counterfeited security of an organization, with the intent to deceive another person and organization, specifically, check number 23034, dated April 18, 2008, drawn on the Bank of America account of Pepper Tree Food & Beverage, in the amount of $575.88, in violation of Title 18, United States Code, Section 513 & 2.

## COUNT 5

That on or about April 21, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 557987, dated April 21, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $587.62, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

## COUNT 6

That on or about April 21, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV, did make and possess a counterfeited security of an organization, with the intent to deceive another person and organization, specifically, check number 557987, dated April 21, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $587.62, in violation of Title 18, United States Code, Section 513 & 2.

## COUNT 7

That on or about April 21, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 557988, dated April 21, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $520.25, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

## COUNT 8

That on or about April 21, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV, did make and possess a counterfeited security of an organization, with the intent to deceive another person and organization, specifically, check number 557988, dated April 21, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $520.25, in violation of Title 18, United States Code, Section 513 & 2.

4

**COUNT 9**

That on or about April 23, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 557989, dated April 23, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Briana Cummings in the amount of $869.02, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

**COUNT 10**

That on or about April 23, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV, did make and possess a counterfeited security of an organization, with the intent to deceive another person and organization, specifically, check number 557989, dated April 23, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Briana Cummings in the amount of $869.02, in violation of Title 18, United States Code, Section 513 & 2.

**COUNT 11**

That on or about April 23, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 557992, dated April 25, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Briana Cummings in the amount of $665.27, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

## COUNT 12

That on or about April 23, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV, did make and possess a counterfeited security of an organization, with the intent to deceive another person and organization, specifically, check number 557992, dated April 25, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Briana Cummings in the amount of $665.27, in violation of Title 18, United States Code, Section 513 & 2.

## COUNT 13

That on or about April 25, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 557990, dated April 25, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $432.25, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

## COUNT 14

That on or about April 25, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV, did make and possess a counterfeited security of an organization, with the intent to deceive another person and organization, specifically, check number 557990, dated April 25, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $432.25, in violation of Title 18, United States Code, Section 513 & 2.

6

## COUNT 15

That on or about April 30, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 557990, dated April 25, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $432.25, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

## COUNT 16

That on or about April 30, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV, did make and possess a counterfeited security of an organization, with the intent to deceive another person and organization, specifically, check number 557990, dated April 25, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $432.25, in violation of Title 18, United States Code, Section 513 & 2.

## COUNT 17

That on or about April 30, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV with the intent to defraud, did knowingly execute a scheme and artifice to defraud a federally insured financial institution and to obtain any of the money, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, that is, by fraudulently negotiating check number 557991, dated April 25, 2008, drawn on the Bank of

America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $405.27, when he then well knew that he was not authorized to negotiate said check, in violation of Title 18, United States Code, Section 1344 & 2.

### COUNT 18

That on or about April 30, 2008, at or near Tucson, in the District of Arizona, the defendant, FRANK JOSEPH WOOD, IV, did make and possess a counterfeited security of an organization, with the intent to deceive another person and organization, specifically, check number 557991, dated April 25, 2008, drawn on the Bank of America account of Romulus, Inc., IHOP, and made payable to Joel A. McDonald in the amount of $405.27, in violation of Title 18, United States Code, Section 513 & 2.

### COUNT 19

On or about March 29, 2008, at or near Tucson, in the District of Arizona, FRANK JOSEPH WOOD, IV, in connection with the acquisition of a firearm, that is, one Ruger model P97DC .45 caliber pistol, serial number 663-1967, from Quik Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Quik Pawn, which statement was intended to deceive Quik Pawn, as to a fact material to the lawfulness of such sale of the said firearms to FRANK JOSEPH WOOD, IV under Chapter 44, Title 18, United States Code, in that FRANK JOSEPH WOOD, IV falsely represented on ATF Form 4073 that his name was Jon Wood, that his social security number was xxx-xx-0010, and that his Arizona driver's license number was Dxxxxx907, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 19 of this Indictment, defendant , FRANK JOSEPH WOOD, IV, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms

and ammunition involved in or used in any knowing violation of the commission of an offense of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), including, but not limited to: one Ruger modeal P97DC .45 caliber pistol, serial number 663-1967*.

If any of the property described above, as a result of any act or omission of the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

Presiding Juror

REDACTED FOR
PUBLIC DISCLOSURE

AUG 2 6 2009

JOHN J. TUCHI
United States Attorney
District of Arizona

Eric J. Markovich
Assistant United States Attorney
David Zipps for EJM